CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUHUA ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al*.,<br><br>Defendants. | Case No. 3:26-cv-06287 LB<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until November 9, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary. Plaintiff filed a complaint in which she seeks adjudication of her Form I-485, Application to Register Permanent Residence or Adjust Status. Dkt. No. 1. On August 10, 2026, United States Citizenship and Immigration Services issued a Notice of Intent to Deny ("NOID") on Plaintiff's Form I-485 application, and Plaintiff's response to the NOID is due by September 9, 2026.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until November 9, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or

placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: August 19, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: August 19, 2026

*/s/ Mei Zhou*
MEI ZHOU
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 20, 2026

LAUREL BEELER
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.